UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| COMMUNITY IN-POWER AND DEVELOPMENT ASSOCIATION, INC, HOOSIER ENVIRONMENTAL COUNCIL, OHIO VALLEY ENVIRONMENTAL COALITION, SIERRA CLUB, and UTAH PHYSICIANS FOR A HEALTHY ENVIRONMENT,<br><br>                Plaintiffs,<br>    v.<br><br>ANDREW WHEELER, in his official capacity as Administrator, U.S. Environmental Protection Agency,<br><br>                Defendant. | Case No. 1:16-cv-1074-KBJ |

**Joint Motion to Amend Order**

The parties jointly move the Court to amend in part its March 31, 2018, order setting forth a deadline for the agency to take certain actions. ECF No. 43.

This Court ordered EPA to complete risk and technology review rulemakings for national emissions standards for hazardous air pollutants that apply to nine source categories under the Clean Air Act by October 1, 2021. ECF No. 43; *see* ECF No. 42 (Memorandum Opinion, *Community In-Power & Devel. Ass'n v. Pruitt*, 304 F. Supp. 3d 212 (Mar. 31, 2018)). This motion concerns the rulemakings addressing the standards for two of those source categories: Generic MACT II—Spandex Production and Semiconductor Manufacturing. ECF No. 42 at 5.

After beginning these rulemakings, EPA has learned that there are no longer any major sources within the Generic MACT II—Spandex Production and Semiconductor Manufacturing source categories due to changes in the industry sectors at issue. In other words, for these two source categories, EPA has determined that the standards currently apply to a null set. Therefore, EPA and Plaintiffs agree that EPA should not expend agency resources to perform the overdue rulemakings for these two standards at this time.

If EPA learns that any source has become subject to either of these standards before October 1, 2021, EPA will confer with Plaintiffs regarding the overdue rulemaking for such standard and notify this Court regarding any agreed-upon course of action for such rulemaking. Otherwise, after EPA has completed all rulemaking responsibilities for the other source categories and standards still subject to the Court's Order of March 31, 2018, the parties will confer regarding any appropriate course of action regarding the standards for Generic MACT II—Spandex Production and Semiconductor Manufacturing.

In light of these new circumstances, the parties move the Court to amend its March 31, 2018 Order to remove Generic MACT II—Spandex Production and Semiconductor Manufacturing from the list of standards for which EPA must complete risk and technology review rulemakings by October 1, 2021. ECF No. 43; *see* ECF no. 42 tbl. A.

DATED: November 9, 2020.                        Respectfully submitted,


                                                    */s/ Sue Chen*
                                                  Sue Chen
                                                  U.S. Department of Justice
                                                  Environment & Natural Resources Division
                                                  Environmental Defense Section
                                                  P.O. Box 7611
                                                  Washington, D.C. 20044
                                                  202.305.0283

Sue.Chen@usdoj.gov

*Attorney for Defendant*

_____*/s/ Emma Cheuse (by permission)*_____
Emma C. Cheuse (D.C. Bar No. 488201)
James S. Pew (D.C. Bar No. 448830)
Earthjustice
1001 G Street, NW Suite 1000
Washington, DC 20001
echeuse@earthjustice.org
jpew@earthjustice.org
Tel: 202-667-4500 ext. 5220 or 5214
Fax: 202-667-2356

*Attorneys for Plaintiffs Community In-Power & Development Association, Hoosier Environmental Council, Ohio Valley Environmental Coalition, Sierra Club, and Utah Physicians for a Healthy Environment*

## Certificate of Service

I certify that on November 9, 2020, I filed the foregoing with the Court's CMS/ECF system, which will notify each party.

_____*/s/ Sue Chen*_____
Sue Chen