UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| COMMUNITY IN-POWER AND DEVELOPMENT ASSOCIATION, INC, HOOSIER ENVIRONMENTAL COUNCIL, OHIO VALLEY ENVIRONMENTAL COALITION, SIERRA CLUB, and UTAH PHYSICIANS FOR A HEALTHY ENVIRONMENT,<br><br>     Plaintiffs,<br>  v.<br><br>JANE NISHIDA, in her official capacity as Acting Administrator,[1] U.S. Environmental Protection Agency,<br><br>     Defendant. | Case No. 1:16-cv-1074-KBJ |

**Joint Motion for Extension of Time to Take Final Action**

The parties jointly move for an extension of EPA's deadline to take final action on seven rulemakings.

In March 2018 this Court ordered EPA to complete risk and technology review rulemakings for national emissions standards for hazardous air pollutants that apply to nine source categories under the Clean Air Act by October 1, 2021.  ECF No. 43; *see* ECF No. 42 (Memorandum Opinion, *Community In-Power & Devel. Ass'n v. Pruitt*, 304 F. Supp. 3d 212 (Mar. 31, 2018)).  Last month this Court granted the parties' joint motion to amend its 2018 order

---

[1] Jane Nishida is substituted for her predecessor Andrew Wheeler under Fed. R. Civ. P. 25(d).

and removed two of those source categories (Generic MACT II—Spandex Production, and Semiconductor Manufacturing).  Minute Order (Jan. 13, 2021); *see* ECF No. 54.

That leaves seven source categories for which EPA has to take final action by October.  EPA recently invited public comment on proposed rules for six of those categories.  They are: Generic MACT II—Carbon Black Production (86 Fed. Reg. 3,054 (Jan. 14, 2021)); Generic MACT II—Cyanide Chemicals Manufacturing (86 Fed. Reg. 3,906 (Jan. 15, 2021)); Flexible Polyurethane Foam Fabrication Operations (86 Fed. Reg. 1,868 (Jan. 11, 2021)); Refractory Products Manufacturing (86 Fed. Reg. 3,079 (Jan. 14, 2021)); Primary Magnesium Refining (86 Fed. Reg. 1,390 (Jan. 8, 2021)); and Mercury Cell Chlor-Alkali Plants (86 Fed. Reg. 1,362 (Jan. 8, 2021)).

Since proposal, EPA has granted Plaintiffs' request for another 30 days to comment.  86 Fed. Reg. 10,909 (Feb. 23, 2021).  The parties have agreed that it would be appropriate to extend EPA's deadline to take final action on these six source categories by 30 days, to November 1, 2021.

As for the last source category, Primary Copper Smelters, EPA is currently briefing its incoming leadership on the rulemaking and will require additional time to propose and complete the rulemaking.  The parties have agreed that it would be appropriate to extend EPA's deadline to take final action on this source category by six months, to April 1, 2022.

The parties thus ask the Court to extend EPA's October 2021 deadline as follows:

| Source category | New deadline |
| --- | --- |
| Generic MACT II—Carbon Black Production | November 1, 2021 |
| Generic MACT II—Cyanide Chemicals Manufacturing | November 1, 2021 |
| Flexible Polyurethane Foam Fabrication Operations | November 1, 2021 |
| Refractory Products Manufacturing | November 1, 2021 |
| Primary Magnesium Refining | November 1, 2021 |
| Mercury Emissions from Mercury Cell Chlor-Alkali Plants | November 1, 2021 |
| Primary Copper Smelting | April 1, 2022 |

DATED: February 23, 2021.                Respectfully submitted,

       */s/ Sue Chen*
Sue Chen
U.S. Department of Justice
Environment & Natural Resources Division
Environmental Defense Section
P.O. Box 7611
Washington, D.C. 20044
202.305.0283
Sue.Chen@usdoj.gov

*Attorney for Defendant*

       */s/ Emma Cheuse (by permission)*
Emma C. Cheuse (D.C. Bar No. 488201)
James S. Pew (D.C. Bar No. 448830)
Earthjustice
1001 G Street, NW Suite 1000
Washington, DC 20001
echeuse@earthjustice.org
jpew@earthjustice.org
Tel: 202-667-4500 ext. 5220 or 5214
Fax: 202-667-2356

*Attorneys for Plaintiffs Community In-Power & Development Association, Hoosier Environmental Council, Ohio Valley*

*Environmental Coalition, Sierra Club, and Utah Physicians for a Healthy Environment*

**Certificate of Service**

I certify that on February 23, 2021, I filed the foregoing with the Court's CMS/ECF system, which will notify each party.

        */s/ Sue Chen*
        Sue Chen