UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| COMMUNITY IN-POWER AND DEVELOPMENT ASSOCIATION, INC, HOOSIER ENVIRONMENTAL COUNCIL, OHIO VALLEY ENVIRONMENTAL COALITION, SIERRA CLUB, and UTAH PHYSICIANS FOR A HEALTHY ENVIRONMENT,<br><br>                Plaintiffs,<br>     v.<br><br>MICHAEL S. REGAN, in his official capacity as Administrator,[1] U.S. Environmental Protection Agency,<br><br>                Defendant. | Case No. 1:16-cv-1074-KBJ |

**Joint Motion for Extension of Time to Take Final Action**

The parties jointly move for an extension of EPA's deadline to take final action on one rulemaking.

In March 2018 this Court ordered EPA to complete risk and technology review rulemakings for national emissions standards for hazardous air pollutants that apply to nine source categories under the Clean Air Act by October 1, 2021.  ECF No. 43; *see* ECF No. 42 (Memorandum Opinion, *Community In-Power & Devel. Ass'n v. Pruitt*, 304 F. Supp. 3d 212 (Mar. 31, 2018)).  In February this Court granted the parties' joint motion to amend its 2018 order and extend the final-action deadline for seven source categories, including Primary

---

[1] Michael S. Regan is substituted for his predecessor Jane Nishida under Fed. R. Civ. P. 25(d).

Magnesium Refining.  Minute Order (Mar. 11, 2021).  The deadline for Primary Magnesium Refining is currently November 1, 2021.

Meanwhile, new circumstances have arisen that have led EPA to request additional time for this rulemaking. In particular, EPA has acknowledged the need for new rules for other source categories in litigation and on April 13 proposed new final rule deadlines jointly with plaintiffs in those cases.  Order, *Blue Ridge Envtl. Def. League v. Regan*, Case No. 16-cv-364-CRC (D.D.C. Apr. 15, 2021) (granting joint motion); Order, *Calif. Communities Against Toxics v. Regan*, Case No. 15-512-TSC (D.D.C. Apr. 14, 2021) (same).  EPA staff are also in the process of working to comply with the directive from President Biden to "review . . . agency actions taken between January 20, 2017 and January 20, 2021 . . . that are or may be inconsistent with, or present obstacles to, the Administration's policy" "of protecting public health and the environment" and "advanc[ing] environmental justice."  E.O. 13,990 (Jan. 20, 2021), 86 Fed. Reg. 7037 (Jan. 25, 2021).  Finally, EPA has had an unexpected staffing change in the agency team working on the Primary Magnesium rulemaking and needs time to address the change.  Together, these circumstances have led EPA and Plaintiffs to agree to allow EPA more time to meet the current deadline for Primary Magnesium.

Therefore, to ensure that EPA has sufficient time to complete the Primary Magnesium Refining rulemaking in view of these circumstances, the parties in this case respectfully request that the Court extend the deadline for EPA to take final action on Primary Magnesium Refining by nine months, to August 1, 2022.

DATED: May 4, 2021.                                Respectfully submitted,

       */s/ Sue Chen*
Sue Chen
U.S. Department of Justice
Environment & Natural Resources Division
Environmental Defense Section
P.O. Box 7611
Washington, D.C. 20044
202.305.0283
Sue.Chen@usdoj.gov

*Attorney for Defendant*


 */s/ Emma C. Cheuse (by permission)*
Emma C. Cheuse (D.C. Bar No. 488201)
James S. Pew (D.C. Bar No. 448830)
Earthjustice
1001 G Street, NW Suite 1000
Washington, DC 20001
echeuse@earthjustice.org
jpew@earthjustice.org
Tel: 202-667-4500 ext. 5220 or 5214
Fax: 202-667-2356

*Attorneys for Plaintiffs Community In-Power & Development Association, Hoosier Environmental Council, Ohio Valley Environmental Coalition, Sierra Club, and Utah Physicians for a Healthy Environment*

**Certificate of Service**

I certify that on May 4, 2021, I filed the foregoing with the Court's CMS/ECF system, which will notify each party.

       */s/ Sue Chen*
Sue Chen