UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| COMMUNITY IN-POWER AND DEVELOPMENT ASSOCIATION, INC., HOOSIER ENVIRONMENTAL COUNCIL, OHIO VALLEY ENVIRONMENTAL COALITION, SIERRA CLUB, and UTAH PHYSICIANS FOR A HEALTHY ENVIRONMENT,<br><br>　　　　　　Plaintiffs,<br>　　v.<br><br>MICHAEL S. REGAN, in his official capacity as Administrator, U.S. Environmental Protection Agency,<br><br>　　　　　　Defendant. | Case No. 1:16-cv-1074 |

**Unopposed Motion for Extension of Time to Take Final Action**

EPA moves for an extension of one of its deadlines to take final action. Plaintiffs do not oppose this motion.

Earlier this Court ordered EPA to complete risk and technology review rulemakings for national emissions standards for hazardous air pollutants that apply to nine source categories under the Clean Air Act. ECF No. 43; *see* ECF No. 42 (Memorandum Opinion, *Community In-Power & Devel. Ass'n v. Pruitt*, 304 F. Supp. 3d 212 (Mar. 31, 2018)). EPA's deadline for one of those source categories, Mercury Cell Chlor-Alkali Plants, is November 1, 2021. *See* Minute Order (Mar. 11, 2021) (extending deadline); *see also* Joint Mot. for Extension of Time to Take Final Action (Feb. 23, 2021).

In January EPA invited public comments on a proposed rule for this source category. 86 Fed. Reg. 1,362 (Jan. 8, 2021). In light of the comments and other considerations, EPA requires additional time to complete its rulemaking. The agency thus requests that the Court extend the deadline to take final action for Mercury Cell Chlor-Alkali Plants by six months, to May 2, 2022. Submitted on July 26, 2021.

        */s/ Sue Chen*
Sue Chen
U.S. Department of Justice
Environment & Natural Resources Division
Environmental Defense Section
P.O. Box 7611
Washington, D.C. 20044
202.305.0283
Sue.Chen@usdoj.gov

**Certificate of Service**

I certify that on July 26, 2021, I filed the foregoing with the Court's CMS/ECF system, which will notify each party.

        */s/ Sue Chen*
Sue Chen